UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

JOHN FITZGERALD STEVENS #397191,

    Petitioner,

v.

BRUCE CURTIS,

    Respondent.

---

Case No. 1:08-cv-84

HONORABLE PAUL L. MALONEY

Magistrate Judge Ellen S. Carmody

## JUDGMENT

Final judgment is hereby entered in favor of respondent Curtis and against petitioner Stevens.

**IT IS SO ORDERED** on this  30th  day of June 2010.

                                            /s/ Paul L. Maloney
                                            Honorable Paul L. Maloney
                                            Chief United States District Judge